JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEIYU CAI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU,<br>JOHN DALY, JR. and<br>LORY TORRES,<br><br>　　　　Defendants. | Case No. 8:24-cv-01295-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 11]" filed substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. The operative pleading is the Complaint [ECF No. 1] of Plaintiff Weiyu Cai. Plaintiff's Complaint is **DISMISSED without prejudice.**

3. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 2, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE